**Order entered January 23, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00028-CV

## IN RE ROBERT B. READ, JR., Relator

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81170-06**

## ORDER
Before Justices Reichek, Nowell, and Miskel

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of mandamus, and we **STRIKE** relator's petition for writ of mandamus, including its appendix.

/s/    AMANDA L. REICHEK
JUSTICE